IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 07-07242 MCF

ALEXANDER VELAZQUEZ VELAZQUEZ

Chapter 13

ELISA FRANCHESCA MORALES MONTALVO

XXX-XX-9457

XXX-XX-1434

**FILED & ENTERED ON 09/21/2011**

Debtor(s)

ORDER

The Motion Requesting Court Authority to Incur in Credit, filed by Debtors (docket #94) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 21st day of September, 2011.

*Mildred Cabán*

Mildred Caban Flores
U.S. Bankruptcy Judge

CC: DEBTORS
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES